MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAWFIK NAGY MOHAMMED ALI, )<br>  a/k/a "Tawfik Ali," )<br>  a/k/a "Tofik Ali," )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | No. CR-11-00262 CW<br><br>**UNITED STATES' MOTION TO UNSEAL SEARCH WARRANT AND [PROPOSED] ORDER** |

    The United States hereby moves the Court for an order unsealing the Applications and

Affidavits for Search Warrants and Search Warrants in the following case numbers (collectively,

"Search Warrant Documents") for the above-entitled case: (1) 4-11-70104 DMR;

(2) 4-11-70120 DMR; (3) 4-11-70138; (4) 4-11-70077 DMR; (5) 4-11-70078 DMR;

(6) 4-11-70079 DMR; (7) 4-11-70080 DMR; (8) 4-11-70088 DMR; (9) 4-11-70212 DMR; and

(10) 4-11-70213 DMR.  The United States requests that the Court order that the Search Warrant

Documents be unsealed for the sole purpose of allowing the United States to: (1) copy the Search

1    Warrant Documents; and (2) provide copies of the Search Warrant Documents to Defendant in

2    discovery pursuant to the Jencks Act, 18 U.S.C. § 3500, et seq.

3

4    Dated: June 2, 2011                              Respectfully submitted,

5                                                     MELINDA HAAG
                                                      United States Attorney
6

7

8                                                     _____
                                                      WADE M. RHYNE
9                                                     Assistant United States Attorney

10

11                                  **[PROPOSED] ORDER**

12           Based upon the motion of the United States and for good cause shown, it is hereby

13   ORDERED that the Applications and Affidavits for Search Warrants and Search Warrants in the

14   following case numbers (collectively, "Search Warrant Documents") for the above-entitled case:

15   (1) 4-11-70104 DMR; (2) 4-11-70120 DMR; (3) 4-11-70138; (4) 4-11-70077 DMR;

16   (5) 4-11-70078 DMR; (6) 4-11-70079 DMR; (7) 4-11-70080 DMR; (8) 4-11-70088 DMR;

17   (9) 4-11-70212 DMR; and (10) 4-11-70213 DMR, be UNSEALED for the sole purpose of

18   allowing the United States to: (1) copy the Search Warrant Documents; and (2) provide copies of

19   the Search Warrant Documents to Defendant in discovery pursuant to the Jencks Act, 18 U.S.C.

20   § 3500, et seq.

21

22   DATED: June 3, 2011                             _____

23                                                    LAUREL BEELER
                                                      United States Magistrate Judge
24

25

26

27

28

UNITED STATES' MOT. TO UNSEAL
SEARCH WARRANT & [PROPOSED] ORDER
No. CR-11-00262 CW