IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00262 CW |
| Plaintiff, | ORDER AFFIRMING MAGISTRATE JUDGE'S DETENTION ORDER |
| v. | |
| TAWFIK NAGY MOHAMMED ALI, | |
| Defendant. | |

Defendant Tawfik Nagy Mohammed Ali appeals Magistrate Judge Beeler's June 6, 2011 detention order.  The government has filed an opposition.  The Court has reviewed all of the papers filed by the parties and Magistrate Judge Beeler's order.  For the reasons set out in that order and in the government's opposition, the Court affirms the detention order.  The Court recognizes that Defendant enjoys a great deal of community support.  This is outweighed, however, by the seriousness of the drug trafficking and threat charges against him, and the strength of the evidence of those charges.  Defendant also has attempted to gain access to a gun and his passport, and his family has left the country, indicating a risk of flight.

IT IS SO ORDERED.

Dated: 7/13/2011

_____
CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California